IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| AUTOMOTIVE TECHNOLOGIES INTERNATIONAL, INC., <br>　　　　Plaintiff, <br><br>vs. <br><br>GENERAL MOTORS CORPORATION d/b/a CHEVROLET and CADILLAC MOTORS, NISSAN NORTH AMERICA, INC., FORD MOTOR COMPANY d/b/a LINCOLN and MERCURY, VOLVO CARS OF NORTH AMERICA, INC., HYUNDAI MOTOR AMERICA, MERCEDES-BENZ USA, LLC, and FUJI HEAVY INDUSTRIES USA, INC., <br><br>　　　　Defendants. | JURY TRIAL DEMANDED <br><br>Case No. 2:08-cv-57 |

## AGREED MOTION AND STIPULATION TO TRANSFER

Plaintiff, Automotive Technologies International, Inc. ("ATI") and Defendants GENERAL MOTORS CORPORATION d/b/a CHEVROLET and CADILLAC MOTORS ("GM"), NISSAN NORTH AMERICA, INC. ("Nissan"), FORD MOTOR COMPANY d/b/a LINCOLN and MERCURY ("Ford"), VOLVO CARS OF NORTH AMERICA, INC. ("Volvo"), HYUNDAI MOTOR AMERICA ("Hyundai"), MERCEDES-BENZ USA, LLC ("Mercedes"), and FUJI HEAVY INDUSTRIES USA, INC. ("FHI") (herein, collectively, Defendants "Defendants") file this motion and stipulation to transfer respectfully requesting the Court enter an Order transferring this matter to the United States District Court for the Eastern District of Michigan where a parallel case is proceeding.  In support of this Motion, the parties state as follows:

1.      On February 11, 2008, ATI filed the above captioned patent infringement action against Defendants.

2.      On May 16, 2008, the parties completed briefing on the Defendants' motion to transfer venue to the Eastern District of Michigan where a parallel case is proceeding. On April 20, 2009, the Defendants filed a motion for a hearing or a ruling on the Motion to Transfer. On May 14, 2009, the Court heard argument on the motion.

3.      On July 25, 2008, Judge Cleland of the United States District Court for the Eastern District of Michigan, in deciding whether the parallel matter should be litigated in Texas or Michigan, ruled that general considerations of judicial efficiency did not weigh in favor of transferring that parallel case to the Eastern District of Texas.  A copy of the Order denying the transfer is attached. Since Judge Cleland's ruling, that case has proceeded and Judge Cleland handed down a detailed 66 page Opinion and Order Construing Claims on September 11, 2009. None of the Defendants in the instant case wishes to have the Michigan Court unnecessarily repeat the Markman process it has already undertaken.  Accordingly, all Defendants in the instant case have agreed to have the case initially proceed under the current claim construction Order, and not request that the Michigan Court schedule an exchange of claim terms, Markman briefing, and a Markman hearing to determine the meaning of all of the various claim terms at issue; however, all parties expressly reserve all substantive rights with respect to the claim construction Order, including without limitation the right to (1) appeal the claim construction Order, (2) seek additional claim constructions if ATI asserts new claims against Defendants that are not already addressed by the Order, and (3) seek clarification or modification of portions of the claim construction Order .

4.      Plaintiff and Defendants respectfully request that this case be consolidated with the *Automotive Technologies International, Inc. v. Delphi Corporation* case currently pending in the Eastern District of Michigan, Case No. 08-cv-11048, Judge Cleland presiding.

DATED: January 26, 2010                                Respectfully submitted,

By: */s/ Edward W. Goldstein*                          By: */s/ Melvin R. Wilcox, III*
    Edward W Goldstein                                 Melvin R. Wilcox III
    Texas Bar No. 08099500                             State Bar No. 21454800
    Matthew J.M. Prebeg                                YARBROUGH ☐ WILCOX, PLLC
    Texas Bar No. 00791465                             100 E. Ferguson, Suite 1015
    GOLDSTEIN FAUCETT & PREBEG                         Tyler, TX 75702
    1177 West Loop South                               Phone:  903-595-1133
    Suite 400                                          Fax:    903-595-0191
    Houston, TX 77027                                  mrw@yw-lawfirm.com
    Phone:  713-877-1515
    Fax:    713-877-1145                               John R. Hutchins
    egoldstein@gfpiplaw.com                            KENYON & KENYON LLP
    mprebeg@gfpiplaw.com                               1500 K Street NW, Suite 700
                                                       Washington, DC 20005
    Andrew Kochanowski (P55117)                        Phone: 202-220-4200
    Lisa Rycus Mikalonis (P39485)                      Fax: 202-220-4201
    SOMMER SCHWARTZ, P.C.                              jhutchins@kenyon.com
    2000 Town Center, Suite 900
    Southfield, MI 48705                               K. Patrick Herman
    Phone: (248) 335-0300                              KENYON & KENYON LLP
    lmikalonis@sommerspc.com                           One Broadway
    akochanowski@sommerspc.com                         New York, NY 10004
                                                       Phone:  212-425-7200
*Attorneys for Plaintiff Automotive*                   Fax:    212-425-5228
*Technologies International, Inc.*                     pherman@kenyon.com

                                                       *Attorneys for Ford Motors Co., Volvo*
                                                       *Cars of North America, LLC, and*
                                                       *Hyundai Motor America*


                                                       By: */s/ Michael E. Jones*
                                                           Michael E. Jones
                                                           State Bar No. 10929400
                                                           Diane V. DeVasto
                                                           State Bar No. 05784100

        POTTER MINTON
        A Professional Corporation
        110 N. College, Suite 500
        Tyler, Texas 75702
        Phone:  903-597-8311
        Fax:     903-593-0846
        mikejones@potterminton.com
        dianedevasto@potterminton.com

*Attorneys for Mercedes-Benz USA, LLC*


By: */s/ Gregory A. Lewis*
        Jeffrey S. Patterson
        HARTLINE DACUS BARGER
        DREYER & KERN
        6688 N. Central Expressway
        Suite 1000
        Dallas, TX  75206-2980
        Phone:  214-369-2100
        Fax:     214-369-2118
        Email:  jpatterson@hdbdk.com

        Gregory A. Lewis
        JENNER & BLOCK LLP
        330 N. Wabash Ave.
        Chicago, IL 60611
        Phone:  312-923-8355
        Fax:     312-923-8455
        Email:  glewis@jenner.com

*Attorneys for Nissan North America, Inc.*


By: */s/ Paul R. Steadman*
        Paul R. Steadman, P.C.
        KIRKLAND & ELLIS LLP
        300 North LaSalle
        Chicago, Il 60654
        Phone:  312-862-2135
        Fax:     312-862-2200
        Email:  paul.steadman@kirkland.com

*Attorney for Fuji Heavy Industries USA, Inc.*

**CERTIFICATE OF SERVICE**

    I hereby certify that this document(s), filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on February 11, 2010.

                                          */s/ Edward W. Goldstein*
                                          Edward W Goldstein