## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| AUTOMOTIVE TECHNOLOGIES INTERNATIONAL, INC., | §<br>§<br>§ | |
| Plaintiff, | §<br>§ | |
| vs. | §<br>§ | JURY TRIAL DEMANDED |
| GENERAL MOTORS CORPORATION d/b/a CHEVROLET and CADILLAC MOTORS, NISSAN NORTH AMERICA, INC., FORD MOTOR COMPANY d/b/a LINCOLN and MERCURY, VOLVO CARS OF NORTH AMERICA, INC., HYUNDAI MOTOR AMERICA, MERCEDES-BENZ USA, LLC, and FUJI HEAVY INDUSTRIES USA, INC., | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 2:08-CV-57-CE |
| Defendants. | §<br>§ | |

### ORDER GRANTING AGREED MOTION AND STIPULATION TO TRANSFER

The Court having considered the Parties' Agreed Motion and Stipulation to Transfer and all accompanying and subsequent briefings;

IT IS ORDERED that the motion is GRANTED.

SIGNED this 12th day of February, 2010.

_____
CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE